

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2016

No. 04-16-00226-CR

The **STATE** of Texas,
Appellant

v.

Lauro Eduardo **RUIZ**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4068
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file their brief is granted. We order the brief due October 21, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court